**No. 25-7119**

# UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

————————

REDES ANDINAS DE COMUNICACIONES S.R.L.,
*Petitioner-Appellee,*

v.

REPUBLIC OF PERU;
MINISTRY OF TRANSPORTATION AND COMMUNICATIONS,
*Respondents-Appellees,*

PROGRAMA NACIONAL DE TELECOMUNICACIONES - PRONATEL,
*Respondent-Appellant.*

————————

On Appeal from the United States District Court for the District of Columbia, No. 1:22-cv-03631-RC, Hon. Rudolph Contreras

————————

## PETITIONER-APPELLEE REDES ANDINAS DE COMUNICACIONES S.R.L.'S CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES AND CORPORATE DISCLOSURE STATEMENT

————————

Ashley C. Parrish
Érica Franzetti
Kathryn Paige Tenkhoff
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
202-737-0500
aparrish@kslaw.com

*Counsel for Redes Andinas de Comunicaciones S.R.L.*

September 22, 2025

## CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Pursuant to Circuit Rule 28(a)(1), Petitioner-Appellee Redes Andinas de Comunicaciones S.R.L. certifies that:

### A.    Parties, Intervenors, *Amici*

The parties before the district court were Petitioner Redes Andinas de Comunicaciones S.R.L. and Respondents Programa Nacional de Telecomunicaciones – PRONATEL, Republic of Peru, and the Ministry of Transportation and Communications.

The parties before this Court are Appellant Programa Nacional de Telecomunicaciones – PRONATEL and Appellee Redes Andinas de Comunicaciones S.R.L.

There are no *amici* at this time.

### B.    Ruling Under Review

The rulings under review are:

Order, *Redes Andinas de Comunicaciones S.R.L. v. Republic of Peru*, No. 22-cv-03631-RC (D.D.C. July 22, 2025), ECF No. 38 (Hon. Rudolph Contreras).  No official reporter citation exists.

Memorandum Opinion, *Redes Andinas de Comunicaciones S.R.L. v. Republic of Peru,* No. 22-cv-03631-RC (D.D.C. July 22, 2025), ECF No. 39 (Hon. Rudolph Contreras), 2025 WL 2049219.

## C.    Related Cases

Redes is not aware of any related cases pending in this Court or in any other court.

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Appellate Procedure 26.1(a), Redes Andinas de Comunicaciones S.R.L. certifies that Quanta Services Inc. is the only parent company, subsidiary, affiliate, or company which owns at least 10% of the stock in Redes Andinas de Comunicaciones S.R.L.

Respectfully submitted,

*/s/Ashley C. Parrish*
Ashley C. Parrish
Érica Franzetti
Kathryn Paige Tenkhoff
KING & SPALDING LLP
1700 Pennsylvania Avenue NW
Suite 900
Washington, DC 20006
202-737-0500
aparrish@kslaw.com

*Counsel for Redes Andinas de Comunicaciones S.R.L.*

September 22, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of Appeals for the District of Columbia using the appellate CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Ashley C. Parrish*
Ashley C. Parrish

*Counsel for Redes Andinas de Comunicaciones S.R.L.*